OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: Writ No. Sherm
STYLE: Wilk
TRIAL CT NO. F09-69213 F10-011
9/28/2012

$ 00.32⁰

02 1M
0004288372   OCT 02 2012
MAILED FROM ZIP CODE 78701

I have this day received and presented to the Court the
original application for writ of mandamus.

Louise Pearson, Clerk

Senrick Shern Wilkerson        UTF
Dallas County Jail - TDC #10003430

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL